IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| East Coast Metal Systems, Inc., | : | |
| Plaintiff | : | Civil Action 2:12-cv-00497 |
| v. | : | Judge Michael H. Watson |
| Southwest Glass & Glazing, Inc. *et al.*, | : | Magistrate Judge Abel |
| Defendants | : | |

# ORDER

Counsel are DIRECTED to file a notice within 21 days of this Order to inform the Court as to the date of the mediation. Within 21 days following the mediation, counsel are DIRECTED to schedule a telephone status conference with the Magistrate Judge.

                                                                             s/ Mark R. Abel_____
                                                                             United States Magistrate Judge